James Hughes, Plaintiff in Error, v. James M. Clutter, Defendant in Error.

Writ of error to Circuit Court, Escambia county; Lucius J. Reeves, Judge.

J. J. Sullivan for plaintiff in error.

John Eagan for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the defendant in error, under Rule 24.

---

Indian River State Bank, Plaintiff in Error, v. Continental Insurance Company, Defendant in Error.

Division A.

Writ of error to Circuit Court, Brevard county; Rhydon M. Call, Judge.

Robbins & Graham and Geo. P. Raney for plaintiff in error.

A. W. Cockrell & Son for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Judgment reversed on the authority of Indian River State Bank v. Hartford Fire Insurance Company, *ante,* p. 283.

Decision *Per Curiam.*